**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JUSTIN DALE PETERSON**                                        **PETITIONER**

**v.**                                        **CIVIL ACTION NO. 1:19-CV-89-LG-RHW**

**JOE ERRINGTON**                                        **RESPONDENT**


**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING MOTION TO DISMISS**

For the reasons stated in the [11] Report and Recommendation of the
Magistrate Judge filed November 15, 2019, and after an independent review of the
record, a de novo determination of the issues, and consideration of Petitioner's [12]
Objection to the Report and Recommendation, and having determined that the
Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [11] Report and
Recommendation of the Magistrate Judge is **ADOPTED** as the findings and
conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [8] Motion to
Dismiss filed by Respondent is **GRANTED**.   The Petition is **DISMISSED with
prejudice** as untimely**.**

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE